UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Mo Foods, LLC, a limited liability company; MANISH PATEL, an individual; TMPM, LLC, a limited liability company; PRADIP PATEL, an individual; NEHA PATEL, an individual; SEAN CANILOA, an individual; RUBEN MORALES, an Individual; WAYNE PENARANDA, an individual; DEBORAH PENARANDA, an individual; and PATRICK PENARANDA, an individual,<br><br>　　　　　Defendants. | No. 2:13-cv-01387-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

DEFAULT PROCEEDINGS

　　　Plaintiff states in the Joint Status Report filed October 11, 2013: "A default was entered against Ruben Morales on September 13, 2013." (JSR 1:27-28.)

　　　Plaintiff shall file a motion for entry of default judgment as to Defendant Ruben Morales before the Magistrate Judge within thirty (30) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than November 25, 2013, why Defendant Ruben Morales should not be dismissed for failure of

1

prosecution. This Defendant may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

## MOTION TO STAY

Defendants Mo Foods LLC and Manish Patel indicate in the JSR that they "will be filing [a] Motion to Stay" this action by November 30, 2013, pending underlying factual determinations with an anticipated December, 2013, or January, 2014 hearing date." (JSR 2:25-27.) Further, the parties "agree that at a minimum, the scheduling of any discovery deadlines should be deferred until after a decision on the anticipated Motion to Stay has been made." (Id. at 3:24-26.)

Accordingly, the referenced motion to stay shall be filed on or before November 30, 2013, and shall be noticed for hearing on the Court's earliest available law and motion date.

## SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

## FURTHER STATUS CONFERENCE

The status conference scheduled for hearing on October 28, 2013, is continued to commence at 9:00 a.m. on February 3, 2014. A joint status report shall be filed fourteen (14) days prior to the status conference.

Dated: October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge