UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>MO FOODS, LLC, a limited liability company; MANISH PATEL, an individual; TMPM, LLC, a limited liability company; PRADIP PATEL, an individual, NEHA PATEL, an individual; SEAN CANILOA, an individual; RUBEN MORALES; an individual; WAYNE PERARANDA; an individual; DEBORAH PENARANDA; an individual; and PATRICK PENARANDA; an individual,<br><br>           Defendants. | No.  2:13-cv-01387-GEB-EFB<br><br>**ORDER DENYING EX PARTE APPLICATION** |

          Defendants filed an ex parte application for an order shortening time, (ECF No. 35), for hearing on their motion to stay this action. (ECF No. 38.) The request to shorten time is premised on language in the Status Order, (ECF No. 30), which Defendants erroneously assume dictated that Plaintiff could not file a summary judgment motion until after Defendants filed their motion to stay this action. The Status Order did not address this motion filing timing issue, and, therefore, that order does not

1

support granting the order shortening time Defendant seeks. Defendants also argue in a conclusory manner that if the Court fails to grant Defendants' ex parte application, "Defendants will not have an opportunity to argue why this entire action should be stayed in the interest of justice . . . and efficient judicial administration." (Aff. in Supp. Of Ex Parte Application ¶ 6, ECF No. 36.) However, Defendants have delayed in seeking a stay and have not shown that they are without any other option. Therefore, the ex parte application is DENIED.

Dated:  December 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge