UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation,<br><br>        Plaintiff,<br>    v.<br><br>MO FOODS, LLC, a limited liability company; MANISH PATEL, an individual; TMPM, LLC, a limited liability company; PRADIP PATEL, an individual, NEHA PATEL, an individual; SEAN CANILOA, an individual; RUBEN MORALES; an individual; WAYNE PERARANDA; an individual; DEBORAH PENARANDA; an individual; and PATRICK PENARANDA; an individual,<br><br>        Defendants. | No.  2:13-cv-01387-GEB-EFB<br><br>**ORDER** |

        Defendants Deborah, Patrick, and Wayne Penaranda filed a stay motion, (ECF No. 48), in which they argue it is related under Local Rule 230(e) to Plaintiff's earlier filed summary judgment motion, (ECF No. 31). The motions are sufficiently related within the meaning of Local Rule 230(e) so as to authorize the below scheduling decision.[1]   See generally L.R.

---

[1] This decision could have been made earlier in the proceeding had a party pointedly addressed in the October 11, 2013 joint status report the need to schedule staggered hearing dates for the motions for the purpose of having the parties and the Court conserve resources on the summary judgment motion that would not have to be expended if the stay movants prevail on the stay motion. See Fed. R. Civ. P. 1 ("[Rules] should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding.").

1

230(e) ("If a . . . related motion is filed, the Court may continue the hearing on the original and all related motions so as to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions.")

Since scheduling staggered hearing dates could still conserve Court and party resources, the hearing on the stay motion is continued to commence at 9:00 a.m. on January 13, 2014, and the hearing on Plaintiff's pending summary judgment motion is continued to commence at 9:00 a.m. on March 10, 2014.

Further, this order moots Defendants TMPM, LLC; Pradip Patel; and Neha Patel's pending motion in which they seek an order continuing or vacating the hearing of Plaintiff's summary judgment motion, (ECF No. 34); therefore, that motion is denied.

Dated: December 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2