# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mo Foods, LLC, a limited liability company, MANISH PATEL, an individual, TMPM, LLC, a limited liability company, PRADIP PATEL, an individual, NEHA PATEL, an individual, SEAN CANILOA, an individual, RUBEN MORALES, an individual, WAYNE PENARANDA, an individual, DEBORAH PENARANDA, an individual, and PATRICK PENARANDA, an individual,<br><br>Defendants. | Case No.: 2:13-CV-01387-GEB-EFB<br><br>Case assigned to Hon. Garland E. Burrell, Jr., Courtroom 10)<br><br>JUDGMENT AFTER ORDER GRANTING SUMMARY JUDGMENT |

The Court, having granted plaintiff Century Surety Company's motion for summary judgment, it is hereby adjudged:

1. Century Surety Company had and has no obligation, under the policy of insurance issued to Mo Foods, LLC (policy no. CCP 714069), to defend and/or indemnify Mo Foods, LLC, Manish Patel, TMPM, LLC, Pradip Patel, Neha Patel, Sean Caniloa, or Ruben Morales in the action known as *Penaranda, et al. v. Mo's*

1

*Place, et al.,* El Dorado County Superior Court, Case no. SC20130043.

      2.    As recoupment of defense attorney's fees and expenses incurred by Century Surety Company on behalf of Mo Foods, LLC, and Manish Patel, Century Surety Company is awarded $53,201.24 from Mo Foods, LLC, and Manish Patel. Such obligation is joint and several.

      3.    As recoupment of defense attorney's fees and expenses incurred by Century Surety Company on behalf of Sean Caniloa, Century Surety Company is awarded $37,481.98 from Sean Caniloa.

      4.    As recoupment of defense attorney's fees and expenses incurred by Century Surety Company on behalf of Ruben Morales, Century Surety Company is awarded $7,101.94 from Ruben Morales.

Dated:  May 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge